FRANKLYN BASSFORD, Respondent, *v.* HERMANN OELRICHS, Appellant.

(Argued April 16, 1889; decided April 23, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order

made the second Monday of February, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion to set aside verdict and for a new trial.

*William Hildreth Field* for appellant.

*Thomas S. Bassford* for respondent.

Agree to affirm; no opinion.
All concur, except BROWN, J., not sitting.
· Judgment affirmed.